266 So.2d 219

**Mrs. Cordella R. REED, natural tutrix of the minors, Helen Reed, Hazel Reed and Doris Reed et al.**

v.

**John H. MEAUX.**

No. 52661.

Sept. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

266 So.2d 219

**LIVINGSTON PARISH SCHOOL BOARD**

v.

**FIREMAN'S FUND AMERICAN INSURANCE COMPANY et al.**

No. 52667.

Sept. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.